# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

## AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

RECEIVED
2007 JAN 26 A 10: 01
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:07cv75-WKW

CHRISTOPHER MICHAEL SWISHER AIS# 244848
Plaintiff(s)

vs.

OFFICER. MR. RODGERS C/O I
Defendant(s)

I, __Christopher Michael Swisher__, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below is true.

1. Are you presently employed?   YES ( )   NO (XXX)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.

   _____N/A_____

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.
   __My last place of Employment was in the state of Kentucky. The salary and wages was the same as minimum..__

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment?  YES ( )   NO (XX)
   B. Rent payments, interest or dividends?   YES ( )   NO (XX)
   C. Pensions, annuities or life insurance payments?  YES ( )   NO (XX)
   D. Gifts or inheritances?   YES ( )   NO (XX)
   E. Any other sources?   YES (XX)   NO ( )

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.

_The last bit of money i have recived was from my x-girlfriend whom we are no longer togather. I dont remember the admount in total that she sent._

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]    YES (XX)   NO ( )

   If the answer is YES, state the total value of the items owned.

   _$10.23 is the admount on my books._

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?    YES ( )   NO (XX)

   If the answer is YES, describe the property and state its approximate value.

   _N/A_

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support.

   _I now depend on myself._

_____  01-24-07
Signature of Affiant

STATE OF ALABAMA        )
COUNTY OF ____ALABAMA____)

Before me, a notary public in and for said County, in said State, personally appeared __CHRISTOPHER MICHAEL SWISHER__, whose name is signed to the foregoing complaint, who being duly sworn, deposes on oath and says:

That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

_____
Signature of Affiant

Sworn to and subscribed before me this 24 day of _____, 2007

_____
Notary Public
                                My Commission Expires March 25, 2008
____ELMORE____ County, Alabama

OR

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___JANAURY 17, 2006___ .
(date)

_Christopher Fulcher_  AIS# 244848
Signature of Affiant

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ .23 on account to his credit at the Draper Corr. Fac institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____

_____

_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months).

1. $ 11.38 on the 1st day of Aug 06
2. $ .13 on the 1st day of Sept 06
3. $ 18.13 on the 1st day of Oct 06
4. $ 8.13 on the 1st day of Nov 06
5. $ 0 on the 1st day of Dec 06
6. $ .23 on the 1st day of Jan 07

_F.S. Brown - Acct Clerk_
Authorized Officer of Institution

DATE 1-24-07