TO: The Clerk of the United States District Court

From: Christopher M. Swisher

Case #: 2:07-CV-75-WKW

RECEIVED
2007 FEB -7 A 9:39

I would like to Inform the Court that Draper Correctional Center Transfered me to Staton C.C. due to the lawsuit that has been filed so Below is my New and Old Address:

(OLD)
Christopher M. Swisher
244848 D1-166 A
P.O. Box 1107 D.C.C.
Elmore AL, 36025

(NEW)
Christopher M. Swisher
244848 B-Dorm-Bed 133 B
P.O. Box 56 S.C.C.
Elmore AL, 36025

Thanks