|     |     |     |
| --- | --- | --- |
| ID  | YR  | NUMBER |

(To be completed by Court Clerk)

# IN FORMA PAUPERIS DECLARATION

RECEIVED 2007 FEB -7 A 9:39
A. P. HACKETT, C.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

_United States District Court_
[Insert appropriate court]

_Christopher M. Swisher 244848_
(Petitioner)

vs.

_C/O Rodgers C/O I_
(Respondent(s))

2:07cv75-WKW

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, _Christopher M. Swisher_, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes ___   No _X_

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

   _N/A_

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

   _Last know place of employment was in the State of Kentucky. Min wage._

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or other form of self-employment?
      Yes ___   No _X_

   b. Rent payments, interest, or dividends?
      Yes ___   No _X_

   c. Pensions, annuities, or life insurance payments?
      Yes ___   No _X_

   d. Gifts or inheritances?
      Yes ___   No _X_

   e. Any other sources?
      Yes _X_   No ___

SCANNED

2

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

(E) I was reciving money from my ex-wife who we no longer talk so I now depend on myself.

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _X_     No ____

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   $16.23

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ____     No _X_

   If the answer is "yes", describe the property and state its approximate value.

   N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N/A

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on Febuary 01, 2007
                    (Date)

_Christopher Swisher 244848_
Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ 0.00 on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said Staton Correctional Facility institution:

Mr. Swisher has just transfered to our facility on 1/26/2007

2-2-07
DATE

_signature_
AUTHORIZED OFFICER OF INSTITUTION

Rule 32

3

```
FEB. 02, 2007              USER: BaKKe, Tlaci                    INMADB
                       COMPUTE AVERAGE DAILY BALANCE


          ENTER THE INMATE'S AIS NUMBER ===)   244848

          ENTER THE 'AS OF' DATE (CCYYMMDD) ===)   20070202


               NO RECORDS FOUND WITHIN THE LAST 12 MONTHS
                       PRESS ENTER TO CONTINUE
```

# INMATE REQUEST SLIP

Name _Christopher Swisher_  Quarters _B-133 B_  Date _02-01-07_

AIS # _244848_

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problem
( ) Special Visit     ( ) Time Sheet        (X) Other _PMOD_

**Briefly Outline Your Request - <u>Then Drop In Mail Box</u>**

To Whom it may Concern - I recived some Court papers Concerning a Law Suit and the Court has Responded Requesting a Copy of my pmod account. I would like to Request this Copy of my pmod So that I may Send it to the Court. I was Just Transferd from Draper Correctional Center last Friday.

Thanks Christopher Swisher

<u>Do Not Write Below This Line</u> - **For Reply Only**

OK
2/2/07

Approved          Denied          Pay Phone          Collect Call

Request Directed To: (Check One)

( ) Warden                      ( ) Deputy Warden              ( ) Captain
( ) Classification Supervisor   ( ) Legal Officer - Notary    ( ) Record Office
                                    Public

N176

Christopher Swisher
#248846 B-dorm - Bed 135B #5
P.O. Box 56 S.C.C.
Elmore AL, 36025

0577

State Of Alabama
Legal Mail Ops

LEGAL MAIL

RETURN SERVICE REQUESTED

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
02 1M
0004222454
$ 00.39⁰
FEB 06 2007
MAILED FROM ZIP CODE 36104
PITNEY BOWES

Office of the Clerk
United States district court
P.O. Box 711
Montgomery AL, 36101-0711