RECEIVED    February 15, 2007

From: Christopher Swisher    2007 FEB 21  A 9:58
244848 D3-3A
P.O. Box 56 S.C.C.    A P. HACKETT
                     U.S. DISTRICT COURT
                     MIDDLE DISTRICT ALA
Elmore AL, 36025         2:07cv75-WKW


Inclosed is a copy of my Inmate account Summary from Draper Correctional Center.

                                    x Christopher Swisher


C.C: Terry F. Moorer
     United States District Court
     Middle District of Alabama
     Northern Division.

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
DRAPER CORRECTIONAL FACILITY

AIS #: 244849      NAME: SWISHER, CHRISTOPHER MICHA      AS OF 02/07/07

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| FEB | 21 | $0.00 | $0.00 |
| MAR | 31 | $3.69 | $30.30 |
| APR | 30 | $4.52 | $30.00 |
| MAY | 31 | $0.30 | $0.00 |
| JUN | 30 | $20.50 | $50.00 |
| JUL | 31 | $10.27 | $10.00 |
| AUG | 31 | $4.87 | $0.00 |
| SEP | 30 | $3.03 | $15.00 |
| OCT | 31 | $13.48 | $0.00 |
| NOV | 30 | $4.85 | $0.00 |
| DEC | 31 | $0.23 | $0.00 |
| JAN | 31 | $3.45 | $10.00 |
| FEB | 7 | $0.10 | $0.00 |

RECEIVED 2007 FEB 21 A 9:58 ELNA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA



State of Alabama
Central Mail Ops
#7

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery AL, 36101-0711

Christopher Swisher
244846 D3-3A
P.O. Box 56 S.C.C.
Elmore AL, 36025

9577

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER M. SWISHER, #244 848, | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-75-WKW |
| C/O RODGERS C/O I | * | |
| Defendant. | * | |

## ORDER

On February 7, 2007 Plaintiff submitted information regarding his inmate account at the Staton Correctional Facility where he transferred to on January 26, 2007. Because of his recent transfer, Plaintiff does not have any activity showing in his inmate account for the past six months.

As noted in the court's January 29, 2007 order, pursuant to the fee provisions of 28 U.S.C. § 1915(b)(1), the court requires Plaintiff to submit an inmate account statement reflecting the average monthly balance in his prison account and the average monthly deposits to his account for the *6-month period immediately preceding the filing of this complaint*. Plaintiff, therefore, shall be granted additional time to provide the court with information regarding his inmate account from the Draper Correctional Facility so the court may determine whether he should be allowed to proceed *in forma pauperis* in this cause of action.

Accordingly, it is ORDERED that:

1. On or before February 23, 2007 Plaintiff shall submit an inmate account statement from the Draper Correctional Facility which reflects the average monthly balance in his prison account and the average monthly deposits to his account for the *6-month period immediately preceding the filing of the instant complaint.* Plaintiff is cautioned that his failure to comply with this order may result in a Recommendation by the undersigned that this case be dismissed; and

2. The Clerk of Court SEND a copy of this order to the account clerk at the Draper Correctional Facility.

Done, this 8th day of February 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE