RECEIVED
2007 APR 17 A 9:49
[stamp: D.P. HACKETT, U.S. DISTRICT COURT, MIDDLE DISTRICT ALA]

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

---

CHRISTOPHER M. SWISHER, *
#244848
    PLAINTIFF, *
    VS.                     2:07-CV-75-WKW
C/O RODGERS C/O 1    *  (WO)

    DEFENDANT. *

---

OBJECTIONS TO ORDERED DATED April 5th, 2007 AS DIRECTED BY THE MAGISTRATE JUDGE.

ON FEBRUARY 28, 2007, $2.00 WAS DEDUCTED FROM MY PRISON ACCOUNT FOR PARTIAL FILING FEE. HERE IS A COPY OF MY PRISON ACCOUNT SHOWING WHERE THE DEDUCTION WAS MADE. THEREFORE THERE MUST BE SOME TYPE OF MISTAKE OR ERROR.

Done this 16th day of April 2007.

Respectfully Submitted
*Christopher Swisher*

I *Christopher Swisher* swear under penalty of perjury that the foregoing is true and correct.

Done this 16th day of April 2007.

Petitioner's Signature:
*Christopher Swisher*

Christopher M. Swisher
244848 D-3-8B
P.O. Box 56 S.C.C.
Elmore AL, 36025

LEGAL MAIL

36101+0711

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY ALA, 36101-0711



MONTGOMERY AL 361
16 APR 2007 PM 4 L

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
STATON CORRECTIONAL FACILITY
INMATE DEPOSITS

RECEIPT#: 2007009901

FEB. 28, 2007

RECEIVED OF: SWISHER, CHRISTOPHER        AIS#: 244848        BED ID: D03003E
PREVIOUS BALANCE        $0.41        DEPOSIT SENT BY: ANDREW MINER
NET DEPOSIT             $8.00         DEPOSIT DOCUMENT: US PO MONEY ORD
C.O.D. DEDUCTED         $2.00         CASE#: 2007CV0075        DOC.#: 10481860574
                                      CASE#: N/A               MAIL LOG#: N/A
CURRENT BALANCE         $8.41

POSTED BY: THORNELL, ANGELA

$10.00 DEPOSIT

EXHIBIT "A"