IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| CHRISTOPHER M. SWISHER, #244 848, | * |
| Plaintiff, | * |
| v. | *   2:07-CV-75-WKW |
| C/O RODGERS C/O I | * |
| Defendant. | * |

_____

**ORDER**

Upon consideration of the April 17, 2007 objections to the Recommendation of the Magistrate Judge, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge entered April 5, 2007 (Doc. No. 10) be and is hereby VACATED.

Done, this 18th day of April 2007.

          /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE