**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

CO I Rodgers
Staton Correctional Facility
P. O. Box 56
Elmore, AL 36025

ONeal 75 cmp + OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Angela Thorwell
☐ Agent
☐ Addressee

B. Received by ( Printed Name )
Angela Thorwell

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☒ Return Receipt for Merchandise
☐ Registered   ☐ C.O.D.
☐ Insured Mail

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7006 2760 0002 8193 1835

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540