IN THE UNITED STATES DISTRICT COURT OF ALABAMA
NORTHERN DIVISON

RECEIVED

CHRISTOPHER M.SWISHER        *
#244848
        Plaintiff   2007 MAY 16  A 10: 05

                                *
                        DEBRA P. HACKETT
                        U.S. DISTRICT COURT
                        MIDDLE DISTRICT

VS.                             *  2:07-CV-75-WKW


C/O RODGERS C/O I               *

        DEFENDANT               *


---

**REQUEST FOR PRODUCTION OF DOCUMENTS ect., under RULE 34.**


     Plaintiff Christopher M. Swisher Request
staton health care unit to respond within 30 days
of the following request:

1)That staton health care unit produce and permit
plaintiff to inspect and to copy each of the following
documents:


(A) All body charts done on Christopher M.Swisher
#244848. These body charts will allowe me to see what
medical attention was taken or if there was any.


(B) Sick call slips for Christopher M. Swisher
#244848 to see if Christopher M. Swisher ever
complained about wrist problems.


(C) All doctors orders for Christopher M. Swisher
#244848 to see if the doctor made any effort to
assist Christopher M. Swisher with his requested
medical problems.



     Wherefore the premises considered, the plaintiff
ask that this Honorable Court grant the plaintiff's
request.

                    Respecfully Submitted
                    Christopher M. Swisher

## Plaintiff's Verification Under Oath
### Subject To Penalty For Perjury

I _Christopher M. Swisher_ SWARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DONE THIS _06_ DAY OF _MAY_ ,2007.

_Christopher M. Swisher_
PLAINTIFF'S SIGNATURE

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS _6 TH_ DAY OF _MAY_ 2007.

_Barry F. Smith_
NOTARY OF PUBLIC
_NOV. 8, 2008_

### CERTIFICATER OF SERVICE

I _Christopher M. Swisher_ HEREBY CERTIFY THAT ON THIS _14_ DAY OF _May_ ,2007, A COPY OF THE FOREGOING DOCUMENT WAS SERVED BY FIRST CLASS MAIL, TO THE FOLLOWING,

x(1.)   C/O MR.Rodgers C/O I
        P.O. BOX 1107 D.C.C
        ELMORE AL, 36025-1107

x(2.)   CLERK OF COURT FOR THE UNITED STATES
        DISTRICT COURT, NORTHERN DIVISION
        P.O. BOPX 711
        MONTGOMERY AL, 36101-0711

x(3.)   UNITED STATES MAGISTRATE JUDGE
        TERRY F. MOORER
        P.O.BOX 711
        MONTGOMERY AL, 36101-0711

Christopher M. Switzer
248476 B-1-5MB
P.O. Box 56 S.C.C.
Elmore AL, 36025-0056

9577

State Of Alabama
Central Mail Ops

#5




UNITED STATES POSTAGE
$ 00.41°
MA 15 2007
MAILED FROM ZIP CODE 36104
0004233260

Clerk of Court for the United States
District Court, Northern Division
P.O. Box 711
Montgomery AL, 36101-0711

36101+0711-11 B007