IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHRISTOPHER M. SWISHER,     *
#244 848,
     Plaintiff,     *

v.     *     2:07-CV-75-WKW

C/O RODGERS C/O I     *

     Defendant.     *

**ORDER ON MOTION**

Pending before the court is Plaintiff's request for production of documents. Plaintiff requests an order directing personnel at the Staton Health Care Unit to produce and permit for his inspection various medical documents and/or records contained in his prison file.

The record reflects that Defendants are under order to file a special report to include relevant affidavits, documents, records, and rules, regulations, and/or guidelines in response to the allegations presented by Plaintiff in the instant complaint. Consequently, Plaintiff's discovery request shall be denied at this time. The motion may be reconsidered if warranted by further developments in this case.

Accordingly, it is

ORDERED that the Motion for Production of Documents (Doc. No. 17) be and is hereby DENIED at this time.

Done, this 18th day of May 2007.

                                           /s/ Terry F. Moorer
                                 TERRY F. MOORER
                                 UNITED STATES MAGISTRATE JUDGE