FROM: CHRISTOPHER SWISHER #244848

TO: CLERK OF COURT FOR U.S.D.C. MIDDLE DISTRICT OF ALABAMA

RE: **CHANGE OF ADDRESS:**

Please take notice that my address has changed from:

CHRISTOPHER SWISHER

244848   P.O. BOX 56   S.C.C   ELMORE AL, 36025,

to the following:

CHRISTOPHER SWISHER   244848

FOUNTAIN   3800   J-72-B

ATMORE AL, 36503

I am this date mailing a copy of this change to all parties involved in this matter.

Dated this 04 day of JUNE 2007

Respectfully Submitted,

244848

CC: File/

**LEGAL**

WISHER #244848
.800  J-72-B
ATMORE AL, 36503

MOBILE AL 366
05 JUN 2007 PM 2 L

UNITED STATES DIST. COURT
MIDDLE DIST. OF ALABAMA,
ATTN: CLERK OF COURT
P.O. BOX 711
MONTGOMERY AL, 36101-0711

36101+0711