IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHRISTOPHER M. SWISHER   *
#244848
       Plaintiff,   *

    Vs.   *   2:07-CV-75-WKW
                                (WO)

C/O Rodgers C/O I   *

       Defendant,   *

RESPONCE TO RECOMMENDATION
OF THE MAGISTRATE JUDGE

COMES NOW, the plaintiff in the above styled matter and Responds to the Recommendation of the Magistrate Judge as follows:

(1.) The Plaintiff request that this matter be continued due to the plaintiff feeling that Justice has not been Served.

1.

② Plaintiff hereby States that " <u>REGUARDLESS WETHER HE IS A INMATE AT DRAPER CORRECTIONAL CENTER OR ANOTHER PENAL INSTITUTION HE SHOULD RECIVE JUSTICE FOR HIS CONSTITUTIONAL RIGHTS WHICH WERE VIOLATED</u>".

③ Plaintiff hereby States that he feels if the Justice is not served in this matter then the defendant may feel that he has gotten away with violating one's Constitutional Right. The plaintiff hereby States that he is not looking out just for his ~~safty~~ Safety but for the Safety of other Inmates as well.

④

WHEREFORE, the Plaintiff Request that this Court Continue this matter as a matter of law. The Plaintiff also Request that this matter be not Dismissed as a matter of Prejudice as moot.

DONE ON THIS THE 9th DAY OF AUGUST, 2007

Respectfully Submitted
x Christopher M. [signature]

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE FOREGOING ON THE DEFENDANTS BY PLACING THE SAME IN THE UNITED STATES MAIL ON THIS THE 9th DAY OF AUGUST, 2007

x Christopher M. [signature]
PLAINTIFF

2.

Christopher M Swisher
24548 C-5-A
Fountain 3800 F.C.C.
Atmore AL, 36503

LEGAL MAIL 36101+0711

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY AL, 36101-0711

02 1A
0004309410
MAILED FROM ZIP CODE 36502
UNITED STATES POSTAGE
$ 00.41⁰
PITNEY BOWES
AUG10 2007