IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**NORTHERN** DIVISION

| | |
|---|---|
| CHRISTOPHER M. SWISHER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>C/O ROGERS, )<br>)<br>Defendant, ) | CASE NO. 2:07-CV- 75 |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW, Morris Rogers, Jr. , a [ Defendant] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[X] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____        _____

_____        _____


  1/2/2008                           /s/Greg Biggs
     Date                            Counsel Signature

                                     Morris Rogers, Jr.
                                     Counsel for (print names of all parties)

                                     301 S. Ripley St.
                                     P.O. Box 301501, Montgomery, AL 36130
                                     Address, City, State Zip Code

                                     334-353-3879
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**NORTHERN**  DIVISION

### CERTIFICATE OF SERVICE

I, Greg Biggs , do hereby Certify that a true and correct copy of the foregoing has been furnished by  U.S. MAIL, CM/ECF  (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 2nd  day of January, 2008, to:

Christopher M. Swisher AIS #244848
Fountain Correctional Facility
3800 Fountain
Atmore, AL 36503

|  |  |
|---|---|
| 1/2/2008 | /s/Greg Biggs |
| Date | Signature |