IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| CHRISTOPHER M. SWISHER, #244 848, | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-75-WKW |
| C/O RODGERS C/O I | * | |
| Defendant. | * | |

_____

**ORDER ON MOTION**

Upon consideration of the motion for leave to depose Plaintiff and in light of the Recommendation of the Magistrate Judge entered June 2, 2008, it is

ORDERED that the motion (*Doc. No. 24*) be and is hereby DENIED at this time. The motion may be reconsidered if warranted by further developments.

Done, this 3rd day of June 2008.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE