IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER M. SWISHER, #244 848,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 2:07-CV-75-WKW |
| | ) | [WO] |
| | ) | |
| **C/O RODGERS C/O I,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

On June 2, 2008, the Magistrate Judge filed a Report and Recommendation (Doc. #25) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. #25) of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court and to prosecute this action.

An appropriate judgment will be entered.

Done this 9th day of July, 2008.

                                       /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE