**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER M. SWISHER, #244 848,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **2:07-CV-75-WKW** |
| | ) | **[WO]** |
| | ) | |
| **C/O RODGERS C/O I,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that this action is DISMISSED without prejudice.  The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 9th day  of July, 2008.

                                                /s/   W.  Keith Watkins
                                              UNITED STATES DISTRICT JUDGE